UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Electronically Filed*

| | |
|---|---|
| ANSELM CADDELL, | ) CASE NO.: 1:19-CV-00091-SJD-SKB |
| | ) |
| Plaintiff, | ) JUDGE:  SUSAN DLOTT |
| | ) |
| vs. | ) **DEFENDANT CITY OF FAIRFIELD'S** |
| | ) **MOTION TO DISMISS** |
| JOYCE A. CAMPBELL, et al., | ) |
| | ) |
| Defendants | ) |

The Defendant, City of Fairfield, Ohio (the "City"), by and through counsel, pursuant to Fed. R. Civ. P. 12(b)(6), and for its Motion to Dismiss, states that the Plaintiff has failed to state a claim against it upon which relief may be granted, and it is entitled to judgment as a matter of law. In support of said Motion, the Defendant submits the attached Memorandum of Law.

    Respectfully submitted,

    MAZANEC, RASKIN & RYDER CO., L.P.A.

    */s/ Casey C. Stansbury*
    CASEY C. STANSBURY  (0096111)
    230 Lexington Green Circle, Suite 605
    Lexington, KY 40503
    (859) 899-8499
    (859) 899-8498 – Fax
    Email:  cstansbury@mrrlaw.com
    Counsel for Defendant City of Fairfield, Ohio

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Casey C. Stansbury*
>CASEY C. STANSBURY  (0096111)
>Counsel for Defendant City of Fairfield, Ohio