United States District Court
Southern District of Ohio
Western Division

| | |
|---|---|
| Anselm Caddell, | |
| Plaintiff, | Case No. 1:19-cv-091 |
| v. | Senior District Judge Douglas R. Cole |
| Joyce Campbell, et al. | Magistrate Judge Stephanie K. Bowman |
| Defendants. | |

Amended Stipulation of the Parties as to Class Definition

The parties stipulate to the following amended definition of the class for purposes of certification of the class:

"Plaintiffs and those individuals subject to a warrantless arrest by City of Fairfield Police Officers from February 1, 2017 until February 28, 2019, and who were held by the Butler County Sheriff's office for more than 48 hours on charges pending in the Fairfield Municipal Court, if held without a post-arrest probable cause determination by a judicial officer and not otherwise subject to lawful detention for reasons unrelated to the warrantless arrest."

Respectfully submitted,

*/s/ Lisa M. Zaring (pursuant to email authorization on 5/15/23)*
Lisa M. Zaring (0080659)
George D. Jonson (0027124)
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
(513) 241-4722 (p)
(513) 768-9242 (f)
lzaring@mojolaw.com
gjonson@mojolaw.com
*Counsel for Defendant Joyce Campbell*

*/s/ Paul M. Laufman*
Paul M. Laufman (0066667)
Gregory A. Napolitano (0068671)
LAUFMAN NAPOLITANO, LLC
4310 Hunt Road
Cincinnati, OH  45242
(513) 621-4556 (p)
(513) 621-5563 (f)
plaufman@LN-lawfirm.com
gnapolitano@LN-lawfirm.com
*Counsel for Plaintiffs Anselm Caddell, Caleb Lawson, and the putative class*

*/s/ John T. Mclandrich (pursuant to email authorization on 5/12/23*
John T. Mclandrich (0021494)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row; 34305 Solon Road
Cleveland, OH 44139
(440) 248-7906 (p)
(440) 248-8861 (f)
jmclandrich@mrrlaw.com
*Counsel for Defendant City of Fairfield, Ohio*

*/s/ Andrew N. Yasowitz (pursuant to email authorization on 5/12/23*
J. Stephen Teetor (0023355)
Andrew N. Yosowitz (0075306)
TEETOR WESTFALL, LLC
200 E. Campus View Blvd., Suite 200
Columbus, Ohio 43235
(614) 412-4000 (p)
(614) 412-9012 (f)
steetor@teetorlaw.com
ayasowitz@teetorlaw.com
*Counsel for Defendant Richard Jones*

Certificate of Service

I hereby certify that a copy of the foregoing pleading was electronically filed on the 18th day of May, 2023.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

/s/ *Paul M. Laufman*

2