**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ANSELM CADDELL, et al.,**

**Plaintiffs,**

**v.**

**JOYCE A. CAMPBELL, et al.,**

**Defendants.**

**Case No. 1:19-cv-91**

**JUDGE DOUGLAS R. COLE**
**Magistrate Judge Bowman**

**OPINION AND ORDER**

The Court originally granted preliminary approval in this class action on December 12, 2025. (Doc. 86). In that Opinion and Order, the Court set a final approval hearing for June 11, 2026. (*Id.* at #641). Due to difficulties in delivering notice to potential class members, though, the Court amended the preliminary approval order and authorized a more extensive notice plan. (Order, Doc. 88). As a result of that extended notice period, the parties requested to continue the final approval hearing, (Doc. 89), which the Court granted, (5/29/26 Not. Order).

The parties now jointly move to amend the preliminary approval order again. (Doc. 90). In that motion, the parties highlight the success of the enhanced notice plan. "[T]he additional notice and the extended response period have increased the reach and correspondingly the response rate from individuals of 3% (14 of 450) in March 2026 to 19.5% (88 of 450) of potential class members." (*Id.* at #656). Since an initial "surge" in claims, the settlement administrator, Rust Consulting, has not received any new claims in six weeks, as of the time of filing. (*Id.*). With the improved participation rate, the parties are prepared to issue a new Class Action Fairness Act

(CAFA) notice pursuant to 28 U.S.C. § 1715. (*Id.*). And, upon conclusion of the required 90-day period for CAFA notices, they wish to reschedule the final approval hearing. (*Id.*). Additionally, the parties request the Court approve further payment from the settlement fund to Rust Consulting for its recent notice efforts. (*Id.*). Specifically, they request the Court increase Rust Consulting's maximum payment from $25,000 to $35,000. (*Id.*; Doc. 86, #621).

The Court finds the parties' motion well taken, so it grants the motion. (Doc. 90). Considering Rust Consulting's expanded efforts at sending notice to potential class members and the extended response period, the Court finds the increase in its maximum payment reasonable. So the Court amends Rust Consulting's maximum payment from the settlement fund to $35,000. As far as the final approval hearing, the parties shall notify the Court when the CAFA notice process is complete and the mandatory 90-day period has passed. The Court will schedule a final approval hearing at that time.

**SO ORDERED.**

August 19, 2026
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**